# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

**SELINA MARIE RAMIREZ, individually and as Independent Administrator of, and on behalf of, the ESTATE OF GABRIEL EDUARDO OLIVAS and the heirs-at-law of GABRIEL EDUARDO OLIVAS, and as parent, guardian, and next friend of and for female minor S.M.O.; and GABRIEL ANTHONY OLIVAS, individually,**

Plaintiff

v.

**CITY OF ARLINGTON, TEXAS; JEREMIAS GUADARRAMA; and EBONY N. JEFFERSON**

Defendant

3:19-cv-01529-L

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

**Plaintiffs**

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

**SELINA MARIE RAMIREZ, individually and as Independent Administrator of, and on behalf of, the ESTATE OF GABRIEL EDUARDO OLIVAS and the heirs-at-law of GABRIEL EDUARDO OLIVAS, and as parent, guardian, and next friend of and for female minor S.M.O.; and GABRIEL ANTHONY OLIVAS, individually; T. Dean Malone, attorney for Plaintiff; City of Arlington, Texas, Defendant; Jeremias Guadarrama, Defendant; and Ebony N. Jefferson, Defendant.**

|               |                              |
| ------------- | ---------------------------- |
| Date:         | **06/25/2019**               |
| Signature:    | **/s/ T. Dean Malone**       |
| Print Name:   | **T. Dean Malone**           |
| Bar Number:   | **24003265**                 |
| Address:      | **900 Jackson St., Suite 730** |
| City, State, Zip: | **Dallas, Texas  75202** |
| Telephone:    | **(214) 670-9989**           |
| Fax:          | **(214) 670-9904**           |
| E-Mail:       | **dean@deanmalone.com**      |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons