UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SELINA MARIE RAMIREZ, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. 3:19-CV-1529-L |
| | § | |
| CITY OF ARLINGTON, TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

### NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Michael L. Martin, of Brown & Hofmeister, L.L.P., hereby enters his appearance as attorney of record on behalf of Defendant Jeremias Guadarrama in this cause of action. Mr. Edwin P. Voss, Jr. shall remain as Defendant Guadarrama's lead counsel of record.

Respectfully submitted,

By:   */s/ Michael L. Martin*
Edwin P. Voss, Jr.
State Bar No. 20620300
evoss@bhlaw.net
Michael L. Martin
State Bar No. 24108956
mmartin@bhlaw.net

BROWN & HOFMEISTER, L.L.P.
740 East Campbell Road, Suite 800
Richardson, Texas  75081
214-747-6100 (Telephone)
214-747-6111 (Telecopier)

ATTORNEYS FOR DEFENDANT
JEREMIAS GUADARRAMA

---

**NOTICE OF APPEARANCE OF COUNSEL**                                                                 Page 1

## **CERTIFICATE OF SERVICE**

A copy of the foregoing document was served electronically through the court's ECF system on all counsel of record on August 21, 2019.

>                    */s/ Michael L. Martin*
>                    Michael L. Martin

**NOTICE OF APPEARANCE OF COUNSEL**                                                            **Page 2**