**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SELINA MARIE RAMIREZ,** individually and as Independent Administrator of, and on behalf of, the Estate of Gabriel Eduardo Olivas and the heirs-at-law of parent, guardian and next friend of and for female minor S.M.O.; **and GABRIEL ANTHONY OLIVAS,** individually, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |
| Plaintiffs, | §<br>§ | |
| v. | §<br>§ | Civil Action No. **3:19-CV-1529-L** |
| **CITY OF ARLINGTON, TEAS; JEREMIAS GUADARRAMA; and EBONY N. JEFFERSON,** | §<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

## ORDER

Before the court are Defendant City of Arlington's Motion to Dismiss Under Rule 12(b)(6) (Doc. 9), filed July 17, 2019; Defendant Ebony N. Jefferson's Motion to Dismiss (Doc. 13), filed July 26, 2019; and Defendant Guadarrama's Motion to Dismiss (Doc. 16), filed July 26, 2019.  On August 7, 2019 Plaintiffs filed their First Amended Plaintiffs' Original  Complaint ("Amended Complaint") (Doc. 19), which is the live pleading and supersedes Plaintiffs' Original Complaint, filed June 25, 2019.  Therefore, the court **denies as moot** Defendant City of Arlington's Motion to Dismiss Under Rule 12(b)(6) (Doc. 9), filed July 17, 2019; Defendant Ebony N. Jefferson's Motion to Dismiss (Doc. 13), filed July 26, 2019; and Defendant Guadarrama's Motion to Dismiss (Doc. 16), filed July 26, 2019.

**Order – Page 1**

**It is so ordered** this 27th day of August, 2019.

Sam A. Lindsay
United States District Judge