

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

### SPECIAL ORDER 3-333

Effective September 3, 2019, the cases listed on Exhibit A to this order are transferred to Judge Brantley Starr's docket and shall henceforth be designated by the suffix letter "X."

The Clerk of Court is directed to notify each attorney by providing the attorney a copy of this order and Exhibit A.

**SO ORDERED.**

August 27, 2019

_____
BARBARA M.G. LYNN
CHIEF JUDGE

| | | CASES TO BE TRANSFERRED FROM THE DOCKET OF<br>CHIEF JUDGE BARBARA M.G. LYNN TO JUDGE BRANTLEY STARR |
|---|---|---|
| 1 | 3:17-CV-02086-M | Stiel v. Imhof, et al. |
| 2 | 3:17-CV-02713-M | Capio Funding LLC v. Rural/Metro Operating Company LLC, et al. |
| 3 | 3:17-CV-03284-M | Perkins v. Elettric 80 Inc., et al. |
| 4 | 3:18-CV-00087-M | James R Reis 1999 Revocable Living Trust, et al. v. Citibank NA |
| 5 | 3:18-CV-00731-M | MCR Oil Tools LLC v. Spex Group US LLC, et al. |
| 6 | 3:18-CV-00811-M | Ramachandran v Jain, et al. |
| 7 | 3:18-CV-01345-M | Murphy Oil USA Inc. v. Loves Travel Stops & Country Stores Inc., et al. |
| 8 | 3:18-CV-01462-M | Franklin v. Offord, et al. |
| 9 | 3:18-CV-01746-M | Cummings v. Neighborhood Assistance Corporation of America |
| 10 | 3:18-CV-01819-M | Great American Insurance Company v. Employers Mutual Casualty Company, et al. |
| 11 | 3:18-CV-01968-M | Mulvey v. Kennedy, et al. |
| 12 | 3:18-CV-02101-M | Alexander v. Brown |
| 13 | 3:18-CV-02175-M | Sievert v. Howmedica Osteonics Corp., et al. |
| 14 | 3:18-CV-02268-M | Deville v. Collecto, Inc. |
| 15 | 3:18-CV-02327-M | Alfaro v Dallas Backup Inc., et al. |
| 16 | 3:18-CV-02606-M | Building Materials Manufacturing Corporation v. United Steelworkers International Union on Behalf of its Local 00759. |
| 17 | 3:18-CV-02818-M | Morgan v. Chef Blythe's Southern Bistro, Inc., et al. |
| 18 | 3:18-CV-02864-M | Howell Family Trust DTD 01/27/2004 v. Greenlaw, et al. |
| 19 | 3:18-CV-03020-M | Rodgers v. Landscape Structures |
| 20 | 3:18-CV-03097-M | Brooks v. United Development Funding III, et al. |
| 21 | 3:18-CV-03101-M | Whitfield v. Platt, et al. |
| 22 | 3:18-CV-03142-M | National Utility Service, Inc. v. Singularity, Inc. |
| 23 | 3:18-CV-03310-M | Lifshen v. 20/20 Accounting Solutions LLC |
| 24 | 3:19-CV-00021-M | Couture Hotel Corporation; Wyndham Garden Hotel v. Those Certain Underwriters at Lloyd's London |
| 25 | 3:19-CV-00219-M | MA Leg Partners 1 v City of Dallas |
| 26 | 3:19-CV-00355-M | United States of America v. Melby, et al. |
| 27 | 3:19-CV-00421-M | The Cincinnati Specialty Underwriters Insurance Company v. U.S. Polyco, Inc., et al. |
| 28 | 3:19-CV-00662-M | TM Housing Construction Inc. v. City of Quinlan |
| 29 | 3:19-CV-00755-M | Russell v. Mr. Cooper Group, Inc., f/k/a Nationstar Mortgage, LLC |
| 30 | 3:19-CV-01059-M | Frausto v. Southwest Airlines |
| 31 | 3:19-CV-01468-M | Gilley, et al. v. ThyssenKrupp AG, et al. |
| 32 | 3:19-CV-01562-M | EMC Mortgage, LLC v. American Bancshares Mortgage, LLC |
| 33 | 3:19-CV-01597-M | Fitzgerald v. Standard Insurance Company |
| 34 | 3:19-CV-01754-M | Rouse v. Glast Phillips & Murray PC |
| 35 | 3:19-CV-02061-M | HomeVestors of America, Inc. v. Harrison, et al. |
| | | CASES TO BE TRANSFERRED FROM THE DOCKET OF<br>JUDGE SAM A. LINDSAY TO JUDGE BRANTLEY STARR |
| 36 | 3:17-CV-02569-L | Equal Employment Opportunity Commision v. Tim Shepherd MD PA |
| 37 | 3:17-CV-03265-L | Bluevine Capital, Inc. v. UEB Builders, Inc. |
| 38 | 3:17-CV-03300-L | MBA Engineering Inc. v. Vantage Benefits Administrators Inc., et al. |
| 39 | 3:18-CV-00110-L | Kovac, et al. v. Wray, et al. |
| 40 | 3:18-CV-00534-L | Securities and Exchange Commission v Americrude Inc., et al. |
| 41 | 3:18-CV-01088-L | Mickey Redmond & Co v Morbern Inc., et al. |
| 42 | 3:18-CV-01091-L-BN | Lopez, et al. v. Fun Eats and Drinks LLC |
| 43 | 3:18-CV-01362-L | Campos, et al. v. HMK Mortgage LLC |
| 44 | 3:18-CV-01393-L | Gemini Insurance Company v. Choice Exploration Inc. |
| 45 | 3:18-CV-01628-L | State Farm Life Insurance Company v. Bryant, et al. |
| 46 | 3:18-CV-02067-L | Peak, et al. v. Zion Oil & Gas Inc., et al. |
| 47 | 3:18-CV-02119-L | Tauren Exploration, Inc. Liquidating Trust, et al. v. Pandale Holdings Inc., et al. |
| 48 | 3:18-CV-02250-L | GFRS Equipment Leasing Fund II LLC v. Nguyen, et al. |
| 49 | 3:18-CV-02728-L | Newport RE Group LLC, et al. v. Mayer, et al. |

| | | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE SAM A. LINDSAY TO JUDGE BRANTLEY STARR |
|---|---|---|
| 50 | 3:18-CV-02779-L | Vollara LLC v Ecotechworld Inc., et al. |
| 51 | 3:18-CV-03301-L | Barker, et al. v. Glendontodd Capital LLC |
| 52 | 3:19-CV-00001-L | Baskett, et al. v. Rhone, et al. |
| 53 | 3:19-CV-00470-L | Falcon Insurance Company v. Borlay, et al. |
| 54 | 3:19-CV-00716-L | Burks v. 1and2 Automotive LLC, et al. |
| 55 | 3:19-CV-00744-L | Mitchell v. Dallas County Texas, et al. |
| 56 | 3:19-CV-00764-L | VeroBlue Farms USA Inc. v. Wulf, et al. |
| 57 | 3:19-CV-00822-L | Machol v. Southwest Officials Association Inc., et al. |
| 58 | 3:19-CV-00970-L | Computer Sciences Corporation v. Tata Consultancy Services Ltd, et al. |
| 59 | 3:19-CV-01019-L | Golabs Inc. v. Hangzhou Chic Intelligent Technology Co Ltd, et al. |
| 60 | 3:19-CV-01141-L | Sealed v. Sealed |
| 61 | 3:19-CV-01164-L | Morrison, et al. v. City of Carrollton, et al. |
| 62 | 3:19-CV-01263-L | Brennan, et al. v. City of Mesquite Texas, et al. |
| 63 | 3:19-CV-01348-L | Signature Financial LLC vs. John McClung |
| 64 | 3:19-CV-01523-L | Jaye, et al. v. Crane Merchandising Systems Inc., et al. |
| 65 | 3:19-CV-01529-L | Ramirez, et al. v. City of Arlington Texas, et al. |
| 66 | 3:19-CV-01617-L | Hansen Helicopters Inc., et al. v. Dymock, et al. |
| 67 | 3:19-CV-01636-L | Oviedo, et al. v. Admiral Linen and Uniform Service, et al. |
| 68 | 3:19-CV-01644-L | Xu v. Reed Wealth Real Estate LLC, et al. |
| 69 | 3:19-CV-01681-L | Neukranz v. Conestoga Settlement Services LLC, et al. |
| 70 | 3:19-CV-01769-L | Tarpeh v. Branch Banking and Trust Company |
| | | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE DAVID C. GODBEY TO JUDGE BRANTLEY STARR |
| 71 | 3:17-CV-2249-N-BH | Li v. Verizon Wireless Texas LLC, et al. |
| 72 | 3:17-CV-03472-N-BT | Miller v. Wells Fargo Bank NA |
| 73 | 3:18-CV-463-N | USA, et al. v. Dental Health Programs Inc., et al. |
| 74 | 3:18-CV-536-N | Summit Alliance Financial LLP v. Transamerica Life Insurance Company, et al. |
| 75 | 3:18-CV-1023-N | Siegel, et al. v. Compass Bank |
| 76 | 3:18-CV-1489-N | Humphreys & Partners Architects, LP v. Realty Capital Corp., et al. |
| 77 | 3:18-CV-1849-N-BH | Reyes-Segura v. USA |
| 78 | 3:18-CV-2113-N | Sanchez v. Hard Rock Cafe International (STP) Inc., et al. |
| 79 | 3:18-CV-2320-N | Davidson v. US Department of Homeland Security, et al. |
| 80 | 3:18-CV-2738-N | Manns v. Gateway Mortgage Group, LLC |
| 81 | 3:18-CV-2979-N | Bradley v. SSG, Inc. |
| 82 | 3:18-CV-3140-N | Kendrick v. Brookville Equipment Corporation, et al. |
| 83 | 3:18-CV-3230-N | Alexander v. Dex Media Inc. |
| 84 | 3:19-CV-171-N | Brinker International Payroll Company, LP v. Hospitality International LLC, et al. |
| 85 | 3:19-CV-318-N | Gillihan v. S & L Vineyards Inc., et al. |
| 86 | 3:19-CV-332-N | Freeman v. Valdez, et al. |
| 87 | 3:19-CV-481-N | Ticer v. Imperium Insurance Company, et al. |
| 88 | 3:19-CV-604-N | Becoats v. Deutsche Bank Trust Company Americas, et al. |
| 89 | 3:19-CV-781-N | Lowure v. Midwest Logistics Systems Ltd et al. |
| 90 | 3:19-CV-785-N | Smith, et al. v. GLN, LP, et al. |
| 91 | 3:19-CV-844-N | Allstate Fire and Casualty Insurance Company v. Bradford White Corporation |
| 92 | 3:19-CV-986-N | Mobley, et al. v. Edward Sloan and Associates, Inc. |
| 93 | 3:19-CV-1155-N-BK | Coleman v. United States Postmaster General, et al. |
| 94 | 3:19-CV-1241-N | INDMEX, Inc. v. FreeFlight Acquisition Corporation |
| 95 | 3:19-CV-1260-N | Xu v. Civitas West Village Fund GP LP |
| 96 | 3:19-CV-1321-N | Bernal v. Foster, et al. |
| 97 | 3:19-CV-1381-N | Cunningham et al. v. Gunnels et al. |
| 98 | 3:19-CV-1467-N | Tuesday Morning Partners Ltd., et al. v. Ollie's Bargain Outlet Inc., et al. |
| 99 | 3:19-CV-1541-N | Villalba Martinez et al. v. Nationwide General Insurance Company |
| 100 | 3:19-CV-1591-N | Sealed v. Sealed |
| 101 | 3:19-CV-1674-N | Aragon v. Westrock Services LLC |

| | | CASES TO BE TRANSFERRED FROM THE DOCKET OF<br>JUDGE DAVID C. GODBEY TO JUDGE BRANTLEY STARR |
|---|---|---|
| 102 | 3:19-CV-1704-N | Brannian v. Esurance Insurance Company |
| 103 | 3:19-CV-1773-N-BK | Hamilton v. USA |
| 104 | 3:19-CV-1856 | Herbert v. LTC Delivery LLC, et al. |
| 105 | 3:19-CV-1867 | Belmonte, et al. v. MedStar Mobile Healthcare, et al. |
| | | CASES TO BE TRANSFERRED FROM THE DOCKET OF<br>JUDGE ED KINKEADE TO JUDGE BRANTLEY STARR |
| 106 | 3:18-CV-1259-K | Hanson v. City of Dallas, et al. |
| 107 | 3:18-CV-1265-K | Ark Corporate Member Limited v. AEU Benefits LLC, et al. |
| 108 | 3:18-CV-1611-K | CenturyLink Communications LLC v. PowerSecure Inc. |
| 109 | 3:18-CV-1734-K | Flick v. Caufield, et al. |
| 110 | 3:18-CV-1776-K | Rojas v. City of Grand Prairie, et al. |
| 111 | 3:18-CV-1957-K | In re Forterra, Inc. Securities Litigation |
| 112 | 3:18-CV-3232-K | Reeves v. Carson, et al. |
| 113 | 3:18-CV-3276-K | Aperia Solutions Inc. v. OLB Group Inc. |
| 114 | 3:18-CV-3330-K | Hampton v. Williams, et al. |
| 115 | 3:19-CV-120-K | Abboud v. Agentra LLC |
| 116 | 3:19-CV-589-K | Clark, et al. v. Branch Banking & Trust Co. |
| 117 | 3:19-CV-959-K | Sims, et al. v. Allstate Texas Lloyds, et al. |
| 118 | 3:19-CV-1014-K | Whitaker v. Envolve PeopleCare Inc., et al. |
| 119 | 3:19-CV-1364-K | National Union Fire Insurance Company of Pittsburgh PA v. BTX Global Logistics et |
| 120 | 3:19-CV-1421-K | Afshani v. Spirit Realty Capital Inc., et al. |
| 121 | 3:19-CV-1438-K | McGriff Insurance Services Inc. v. Clark, et al. |
| 122 | 3:19-CV-01568-K | Richard v. Zabojnik, et al. |
| 123 | 3:19-CV-1605-K | Paragon Hemophilia Solutions LLC, et al. v. Humana Inc., et al. |
| 124 | 3:19-CV-1632-K | Diaz-Alcaraz v. Bank of America NA |
| 125 | 3:19-CV-1735-K | Wisdom v. BRG Management Inc. |
| 126 | 3:19-CV-1811-K | Davidson v. Shogun in Greenville Inc., et al. |
| 127 | 3:19-CV-1832-K | Luxottica Group SpA v. AMZ Buckner Corp., et al. |
| 128 | 3:19-CV-1843-K | Lawrence, et al. v. Frost Bank |
| 129 | 3:19-CV-1932-K | Varsity Spirit LLC, et al. v. Commemorative Brands Inc., et al. |
| | | CASES TO BE TRANSFERRED FROM THE DOCKET OF<br>JUDGE JANE J. BOYLE TO JUDGE BRANTLEY STARR |
| 130 | 3:17-CV-1147-B | Basic Capital Management Inc., et al. v. Dynex Capital Inc., et al. |
| 131 | 3:17-CV-2909-B | RInc.on v. Home Depot USA, Inc. |
| 132 | 3:17-CV-2942-B | Lindsley v. TRT Holdings, Inc., et al. |
| 133 | 3:18-CV-0213-B | United States of America v. $73,947.35 in United States currency from JP Morgan Chase bank account X1558 in the name of American Info Inc., et al. |
| 134 | 3:18-CV-0356-B | Rosales v. Equinox Holdings Inc. |
| 135 | 3:18-CV-0380-B | Hall CA-NV LLC v. Old Republic National Title Insurance Company |
| 136 | 3:18-CV-1125-B | Deutsche Bank National Trust Company v. Reddick, et al. |
| 137 | 3:18-CV-1145-B | Mosley-Lovings v. AT&T Corp., et al. |
| 138 | 3:18-CV-1337-B | Sanchez v. QuikTrip Corporation, et al. |
| 139 | 3:18-CV-1555-B | Dillon Gage Inc.orporated of Dallas v. Certain Underwriters at Lloyds Subscribing to Policy No EE1701590 |
| 140 | 3:18-CV-1698-B | Freedom at Home Dialysis LLC v. United States Office of Personnel Management |
| 141 | 3:18-CV-1708-B | Rueda v. Facility Interiors, Inc. |
| 142 | 3:18-CV-1742-B | Jeffery, et al. v. TIAA-CREF Individual & Institutional Services LLC |
| 143 | 3:18-CV-1788-B | Collins v. Safeco Insurance Company of Indiana |
| 144 | 3:18-CV-1904-B | Montanez v. United Parcel Service Inc. |
| 145 | 3:18-CV-2165-B | Richardson v. Kroger Texas LP |
| 146 | 3:18-CV-2192-B | Nuss v. City of Seven Points, Texas |
| 147 | 3:18-CV-2255-B | Rivera v. Kroger Texas LP |
| 148 | 3:18-CV-2659-B | Ventura v. Professional Frame and Home, et al. |

Case 3:19-cv-01529-X   Document 28   Filed 09/03/19   Page 5 of 6   PageID 390   Exhibit A

| | | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE JANE J. BOYLE TO JUDGE BRANTLEY STARR |
|---|---|---|
| 149 | 3:18-CV-2785-B | PBT and JBJ Alliance v. Frankenmuth Mutual Insurance Company |
| 150 | 3:18-CV-3165-B | Sanders, et al. v. The Boeing Company |
| 151 | 3:18-CV-3297-B | Falcon Insurance Company v. Molina, et al. |
| 152 | 3:18-CV-3416-B | Bank of America NA v. Vandenburg, et al. |
| 153 | 3:19-CV-0069-B | Aikens v. Cedar Hill Independent School District |
| 154 | 3:19-CV-0330-B | Singleton, et al. v. Liberty County Mutual Insurance Company, et al. |
| 155 | 3:19-CV-0398-B | Lall, et al. v. Powers, et al. |
| 156 | 3:19-CV-0410-B | Pierce v. North Dallas Honey Company |
| 157 | 3:19-CV-0440-B | Berry v. PreCC Inc., et al. |
| 158 | 3:19-CV-0851-B | Siemers v. Jordan Health Care Inc. |
| 159 | 3:19-CV-1318-B | Boy Scouts of America, et al. v. The Hartford Accident and Indemnity Company, et al. |
| 160 | 3:19-CV-1375-B | Quinones v. Community Waste Disposal LP |
| 161 | 3:19-CV-1551-B | Sadler, et al. v. Greenville Independent School District |
| 162 | 3:19-CV-1606-B | Mims v. All Seas, Ltd. |
| 163 | 3:19-CV-1642-B | Pediatric Nursing Certification Board v. Gilliland Associates Inc., et al. |
| 164 | 3:19-CV-1877-B | Alpha Media LLC v. Matrix Broadcasting LLC, et al. |
| | | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE KAREN GREN SCHOLER TO JUDGE BRANTLEY STARR |
| 165 | 3:17-CV-00332-S | Jefferies LLC v. WTW Investment Company LTD, et al. |
| 166 | 3:17-CV-00336-S | Fracalossi v. MoneyGram Pension Plan, et al. |
| 167 | 3:17-CV-01424-S-BK | Dawes v. City of Dallas, et al. |
| 168 | 3:17-CV-02278-S | Carter v. Transport Workers Union of America Local 556 |
| 169 | 3:17-CV-02989-S | USA v. $4,480,466.16 in funds seized from Bank of America account ending in 2653, |
| 170 | 3:17-CV-03190-S | Sealed v. Sealed |
| 171 | 3:17-CV-03376-S | JetPay Corporation v. USA |
| 172 | 3:18-CV-00007-S | Block v. Interoil Corporation, et al. |
| 173 | 3:18-CV-00425-S | Angelina Emergency Medicine Assocs PA, et al. v. Health Care Service Corp. |
| 174 | 3:18-CV-00555-S | Beckum v. Swift Response |
| 175 | 3:18-CV-00831-S | Adamson v. American Airlines Inc. |
| 176 | 3:18-CV-00880-S | Platinum Jack Entertainment LLC v. ESPN Inc., et al. |
| 177 | 3:18-CV-01338-S | Chun v. Fluor Corporation, et al. |
| 178 | 3:18-CV-01443-S-BK | Brigida v. Valk |
| 179 | 3:18-CV-01990-S | Stillwater Bridge Capital, LLC v. Evangel World Prayer Center of Kentucky, Inc. |
| 180 | 3:18-CV-02479-S | Dennison v. KRGP Inc., et al. |
| 181 | 3:18-CV-02935-S | Jackson v. Valdez, et al. |
| 182 | 3:18-CV-03013-S | Crabb v. Allstate Texas Lloyds |
| 183 | 3:18-CV-03152-S | Solis v. Ellis County Sheriff's Office |
| 184 | 3:18-CV-03268-S-BK | Angels of Care Home Health v. Azar |
| 185 | 3:18-CV-03306-S | Riney v. Lockheed Martin Corporation |
| 186 | 3:19-CV-00157-S-BK | Chae v. American Fidelity Assurance |
| 187 | 3:19-CV-00373-S | Arch Ins. Co. v. Nat'l Fire Ins. Co. of Hartford, et al. |
| 188 | 3:19-CV-00400-S | Jet Underground Utilities Inc. v. Dade Equipment Inc. |
| 189 | 3:19-CV-00415-S | In re MoneyGram Int'l Inc. Derivative Litigation |
| 190 | 3:19-CV-00444-S | Kaplan v. Holmes, et al. |
| 191 | 3:18-CV-03259-S | Brown v. AW Brown Fellowship Leadership Academy |
| 192 | 3:19-CV-00722-S | Horizon AG-Products LP v. Verdesian Life Sciences US LLC |
| 193 | 3:19-CV-00914-S | Al Janabi, et al. v. Homeland Security Department, et al. |
| 194 | 3:19-CV-01138-S | Stephens v. Verizon Wireless Texas LLC |
| 195 | 3:19-CV-01188-S | Phazr Inc. v. Ramakrishna |
| 196 | 3:19-CV-01242-S | Edokpayi v. Barr |
| 197 | 3:19-CV-01492-S | Lane v. United States |
| 198 | 3:19-CV-01875-S | Wilson v. State Farm Mutual Automobile Insurance Company, et al. |
| 199 | 3:19-CV-01968-S | Nayyar v. Bierman, et al. |

4

| | | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE A. JOE FISH TO JUDGE BRANTLEY STARR |
|---|---|---|
| 200 | 3:17-CV-01403-G-BN | Double Diamond Delaware Inc. v. Homeland Insurance Company of New York |
| 201 | 3:18-CV-00183-G-BK | Roberts v. Dallas ISD |
| 202 | 3:18-CV-00634-G | Scott v. Navarro College District |
| 203 | 3:18-CV-01463-G-BN | System Beauty LLC et al. v Dallas Waste Disposal & Recycling Inc. et al. |
| 204 | 3:18-CV-01695-G-BH | Freedom at Home Dialysis LLC v. Health Care Service Corporation |
| 205 | 3:18-CV-02089-G | Davis v Exel Inc. |
| 206 | 3:18-CV-02328-G | Bush v. Ford Motor Credit Company, LLC |
| 207 | 3:18-CV-02743-G | Martin Marietta Materials Inc. v. OHL USA Inc. |
| 208 | 3:18-CV-03040-G | Hodge v. The Bank of New York Mellon et al. |
| 209 | 3:18-CV-03194-G | AIG Property Casualty Company v. Riddick et al. |